# Court of Appeals
# of the State of Georgia

ATLANTA,  September 24, 2015

*The Court of Appeals hereby passes the following order:*

**A15A0818.  IN THE INTEREST OF A. L. R. and R. L. R., children.**

We granted Scelia Robinson's application for discretionary review of the juvenile court's order terminating her parental rights to A. L. R. and R. L. R.

After reviewing the record in its entirety, we find no error in the juvenile court's decision. Thus, the application for discretionary appeal was improvidently granted. Accordingly, Robinson's appeal is dismissed. See *Collier v. Dept. of Human Resources*, 196 Ga. App. 843, 844 (397 SE2d 632) (1990) (dismissing discretionary appeal as improvidently granted where full consideration of the record revealed no error in lower court's ruling).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  09/24/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*